## MOTION DOCKET

**91–445.** Columbus & Southern Ohio Elec. Co. v. Indus. Comm. *Franklin County,* No. 89AP–444. On motion for leave to amend Proposition of Law No. I. Motion granted.